us district 9 court of appeals

Todd Giffen, ) Case no. 6:18-mj-236-mk
Petitioner, ) Emergency
v. ) Notice of appeal and motion for stay pending appeal, and motion for new counsel
United States, )
Complainant. )

I don't know the date of the orders but my attorney told me he was refusing all service, trying to have me murdered, and would let the government rape and kill me for all he cared. One of the events he refused to defend me at was a hearing regarding my Oregon State Hospital medical records in December 2019. I informed him that the Attorney General could not have access to my medical records because, subpoena, nor warrant, permit the government to seize medical records from any citizen under any circumstances not related to an ongoing law enforcement investigation, pertaining to "evidence of a crime," "fruits of a crime," or "tools of a crime." The fourth amendment states citizens are to be secure in their persons, papers, effects, and medical records are one such type of record the courts have recognized are private, thus the government is not allowed to have those.

Or. Prescription Drug Monitoring Program v US DEA 998 F. Supp 2d 957

also see Grand Jury Subpoena v Kitzhaber 828 F.3d 1083
In Kitzhaber, the court said "medical records, records pertaining to children, and emails" are private, thus cannot be obtained by subpoena or warrant absent probable cause to get a warrant to seize them as evidence of a crime, fruit of a crime, tools of a crime, etc. Kitzhaber court overturned a decision by a lower court to grant a subpoena for Kitzhaber's emails, which "may contain medical records, records on his children, etc" all of which are private.

My attorney refused to object or present this information in court, instead orchastrated a sneek and peak of my medical records with the judge, Kasubai, and Michael McShane, in coordination with Dr Cochrane of Butner, NC. Dr Cochrane is interested in the records because my outside doctors said Dr Cochrane raped, tortured, assaulted me, so he said he would not communicate with these doctors, and instead only wanted records from 10 years ago when I was similarly in state custody, raped, tortured, abused. The crimes against me are not being investigated by the government so those records are private and thus illegal to obtain. So I ask for a stay of the judges order ordering my records seized, and I ask any already obtained records be destroyed, and any person who took part in the illegal seizure must be arrested, licenses taken away, money damages given to me, etc.

Because anthony schwartz took part in this abuse, he must not be appointed to handle this appeal.

Todd Giffen
405 W Centennial BLVD
Springfield OR 97477
obamasweapon.com
5039675202
case@oregonstatehospital.net

19-30174

1-28-20 RT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 27 2020

FILED _____
DOCKETED _____
DATE         INI